**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Brian Osiel Zaragoza-Vargas,

Defendant.

**CR 25-02991-TUC-AMM (EJM)**

**ORDER – RETURN DEFENDANT TO THE DISTRICT OF ARIZONA (TUCSON)**

The Court having been notified by FMC Butner that the defendant is ready to be returned to the District of Arizona, and due to the over-crowding at FMC Butner, has requested that the transport be expedited prior to receiving the competency report, and good cause appearing, therefore;

**IT IS ORDERED** that the United States Marshals Service shall transport defendant Brian Zaragoza-Vargas to the District of Arizona, Tucson, from the Federal Correctional Complex, Federal Medical Center, P.O. Box 1600, Butner, North Carolina, 27509.

**IT IS FURTHER ORDERED** that the United States Marshals Service make arrangements for defendant's housing in a facility capable of administering any medications during periods of transportation and holdover.

**IT IS FURTHER ORDERED** that the United States Marshals Service is to notify the court the when the defendant has been transported back to the District of Arizona.

The Clerk of the Court shall deliver a copy of this Order to the United States Marshals Service and the Warden at the above-referenced address.

Dated this 23rd day of September, 2026.

Eric J. Markovich
United States Magistrate Judge

cc: U.S. Marshals Service
A. Posthumus, Acting Warden, Butner, N.C.